# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 28, 2014

148586

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

                                   SC: 148586
                                   COA: 311598
                                   Wayne CC: 12-001055-FH

AUDREY COKLOW-EL,
         Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the December 17, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 28, 2014 _____



t0324

                                        Clerk